**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**GERARDO SUAREZ MERCADO**
**aka GERARDO SUAREZ**

xxx–xx–3868

Debtor(s)

Case No. **15–05475 BKT**

Chapter **13**

FILED & ENTERED ON 8/24/17

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 8/23/17 (Docket No. 39). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post–confirmation modified plan (Docket No. 37).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 24, 2017 .

Brian K. Tester
United States Bankruptcy Judge